OPINION # O-7436 _____ WAS NEVER ISSUED OR

WAS WITHDRAWN.